## UNITED STATES of America, Plaintiff–Appellee,

v.

## William BLOHM, Defendant–Appellant.

### No. 02–6972.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 4, 2003.

William Blohm, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William Blohm appeals the district court's order denying his "Motion for Compassionate Release." Our review of the record discloses no reversible error and no abuse of discretion. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*